IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 91-4606

_____

BETTY LOU BEETS,

                                        Petitioner-Appellee
                                        Cross-Appellant,


versus

JAMES A. COLLINS, Director
Texas Department of Criminal
Justice, Institutional Division,

                                        Repsondent-Appellant
                                        Cross Appellee.


- - - - -
Appeal from the United States District Court for the
Eastern District of Texas
- - - - -


ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion March 18, 1993, 5 Cir., 1993, _____F.2d,____)


(August 5, 1993)


Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM,
      DAVIS, JONES, SMITH, DUHE, WIENER, BARKSDALE, E. GARZA,
      and DeMOSS, Circuit Judges.


BY THE COURT:

        A member of the Court in active service having requested
a poll on the suggestion for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.